UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILLIAM ROSS,<br><br>      Plaintiff<br>v.<br><br>GREEN SQUARE COMPANY, LLC,<br><br>      Defendant | Case No. 1:20-cv-00527-DCN<br><br>**ORDER** |

This matter comes before the Court on Plaintiff William Ross's Motion for Default Judgment. Dkt. 10. The Court has reviewed the filings in this case and finds default judgment appropriate. Therefore, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

1. Plaintiff's Motion for Default Judgment (Dkt. 10) is GRANTED.

2. Default judgment be entered in favor of William Ross and against Green Square Company, LLC, with monetary damages as follows: $1,000 in statutory damages for violations of the FDCPA, $1,000 in statutory damages for violations of the ICPA, $2,206.80 in attorneys' fees, and $446.50 in costs for a total of $4,653.30, plus any applicable interest.

3. The Court will enter a separate judgment.

ORDER - 1

4. The Clerk of the Court shall close this case.

DATED: August 4, 2021

David C. Nye
Chief U.S. District Court Judge

ORDER - 2