UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILLIAM ROSS,<br><br>        Plaintiff<br><br>    v.<br><br>GREEN SQUARE COMPANY, LLC,<br><br>    Defendant | Case No. 1:20-cv-00527-DCN<br><br>**JUDGMENT** |

Judgment is entered in favor of William Ross and against Green Square Company, LLC, in the amount of $4,653.30, plus any applicable interest.

DATED: August 4, 2021

David C. Nye
Chief U.S. District Court Judge

JUDGMENT - 1